UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CC. KEO,<br>     Plaintiff,<br><br>          v.<br><br>JOHN LU, etc.,<br>     Defendants. | No. CV 19-5249 DSF (AFMx)<br><br>ORDER TO SHOW CAUSE RE SANCTIONS FOR FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH COURT ORDERS |

    On July 22, 2019, this Court issued its Amended Order Setting Scheduling Conference, requiring that Plaintiff file a Joint Rule 26(f) Report and that the parties attend the Scheduling Conference on October 28, 2019 at 11:00 a.m. No Joint Report was filed and neither party appeared for the conference. It is Plaintiff's responsibility to prosecute this action. Plaintiff's counsel is ordered to show cause in writing no later than November 4, 2019 why sanctions in the amount of $250 should not be imposed for failure to prosecute this action and failure to comply with this Court's orders. Payment of $250 to the Clerk of the Court no later than November 4, 2019 will be deemed a satisfactory response to this Order to Show Cause.

    IT IS SO ORDERED.

Date: October 29, 2019

                                              Dale S. Fischer
                                              United States District Judge